# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Anissa Rahimizad Kenyon, | Case No.: 2:21-cv-00768-JAD-NJK |
| Plaintiff | |
| v. | **Order Striking Letter Request** |
| Carmen Portela and Action Property Management, | [ECF No. 5] |
| Defendants | |

The court is in receipt of Hank Falstad's letter dated May 19, 2021, referencing threats that he received and asserting what he contends is the court's role in ADA-compliance cases.[1] Falstad is cautioned that the court does not respond to, or take action as a result of, letter requests.[2] He is further cautioned that this case is closed.

IT IS THEREFORE ORDERED that the Clerk of Court is directed to STRIKE Falstad's letter filed at ECF No. 5.

_____
U.S. District Judge Jennifer A. Dorsey
May 25, 2021

---

[1] ECF No. 5.

[2] *See* Local Rule IA 7-1(b).